**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ROSA TRENT STOKES, | ) | CASE NO. **19-31673-KLP** |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

---

| | |
|---|---|
| SPECIALIZED LOAN SERVICING LLC, | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| ROSA TRENT STOKES | ) |
| 200 Poplar Forest Rd., Apt D | ) |
| Farmville, VA 23901, | ) |
| DEBTOR, | ) |
| | ) |
| **HARRY SHAIA, JR,** | ) |
| **TRUSTEE** | ) |
| Spinella, Owings & Shaia, PC | ) |
| 8550 Mayland Drive | ) |
| Richmond, VA 23294 | ) |
| RESPONDENTS. | ) |
| | ) |

**CONSENT ORDER GRANTING RELIEF FROM STAY**

This matter is before the court on June 24, 2020, on the motion of Specialized Loan Servicing LLC ("Movant") for relief from the automatic stay with respect to the real property located at 270 Stoney Point Road, Cumberland, VA 23040 ("Property").

Upon consideration of the Motion of Specialized Loan Servicing LLC to modify the automatic stay; it is

Keith Yacko (VA Bar No. 37854)
McMichael Taylor Gray, LLC
3550 Engineering Dr. Suite 260
Peachtree Corners, GA 30092
470-289-4347  kyacko@mtglaw.com

1

2

      ORDERED that the stay imposed by 11 U.S.C. §362 is modified to permit the current creditor, U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust, as successor in interest to the movant, to enforce the lien of its deed of trust as it pertains to the real property located at 270 Stoney Point Road, Cumberland, VA 23040, and is more particularly described as follows:

      LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS ALL THAT CERTAIN PROPERTY SITUATED IN THE CITY OF CUMBERLAND IN THE COUNTY OF CUMBERLAND, AND STATE OF VIRGINIA AND BEING DESCRIBED IN A DEED DATED 03/10/1992 AND RECORDED 03/12/1992 IN BLOCK 188 PAGE 26 AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, AND REFERENCED AS FOLLOWS: THAT CERTAIN PARCEL OF LAND IN MADISON MAGISTERIAL DISTRICT, CUMBERLAND COUNTY, VIRGINIA CONTAINING 0.79 ACRES, AS SHOWN ON PLAT OF SURVEY, MADE JANUARY 28, 1993, BY RALPH P. HINES, C.L.S., A COPY OF WHICH PLAT IS ATTACHED TO AND MADE A PART OF THIS DEED. THIS LOT IS THEREON DESCRIBED AS FOLLOWS: BEGINNING AT A POINT ON MARGIN OF STATE ROUTE 600, MARKED BY A SET IRON ONLINE, CORNER WITH VIRGINIA R. JENKINS, THENCE WITH SAID ROUTE 600 A CURVE, ARC 160.72', RADIUS 492.47', DELTA 18 DEGREES 41' 57" AND CHORD 160.01", S. 50 DEGREES 21' 55" E.; THENCE S. 15 DEGREES 02' 00" W. 227.30' TO A SET IRON WITH METAL FENCE POST; THENCE METAL N. 74 DEGREES 58' 00" N. 128.00' TO A SET IRON WITH METAL FENCE POST; THENCE N. 11 DEGREES 37' 45" E. 294.43' ALONG CENTER OF OLD ROAD TO THE POINT OF BEGINNING, MARKED BY SAID SET IRON ON LINE AT 281.9'. BEING A PORTION OFA 32 ACRE PARCEL PARTITIONED TO JAMES OTIS TRENT BY PARTITION DEED DATED JUNE 6, 1991, FROM LEE CRUMP, ET AL, WHICH DEED IS TO BE

2

RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF CUMBERLAND COUNTY, VIRGINIA PRIOR TO THIS DEED OF GIFT. COMMONLY KNOWN AS: 270 STONEY POINT RD, CUMBERLAND, VA 23040" also known as 270 Stoney Point Road, Cumberland, VA 23040

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such other action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this _____ day of June, 2020

Jun 25 2020

/s/ Keith L. Phillips
_____
United States Bankruptcy Judge

ENTERED ON DOCKET: Jun 25 2020

I ASK FOR THIS:

/s/ Keith Yacko
Keith Yacko
Virginia Bar No. 37854
3550 Engineering Dr.
Suite 260
Peachtree Corners, GA. 30092
470-289-4347
kyacko@mtglaw.com
*Attorney for US Bank Trust National Association as Trustee of Lodge Series IV Trust*


SEEN AND AGREED:

/s/Mary-Scott Gates Hennigan
Mary-Scott Gates Hennigan, Esquire
Gates Law
P.O. Box 187, Chesterfield VA 23832
*Attorneys for Debtor*

SEEN:

/s/ Harry Shaia, Jr.
Harry Shaia, Jr,
Spinella, Owings & Shaia, PC
8550 Mayland Drive
Richmond, VA 23294
*Chapter 7 Trustee*

3

## **CERTIFICATION**

The undersigned certifies that the foregoing Order Granting Relief from Stay is substantially in compliance with the form order required by Administrative Order 10-2.

/s/ Keith Yacko
Attorney for US Bank Trust National Association as Trustee of Lodge Series IV Trust

## **CERTIFICATION**

The undersigned certifies, pursuant to Rule 9022 1(e) that all necessary parties have endorsed the foregoing Order and that the Order is ready for entry.

/s/ Keith Yacko
Attorney for US Bank Trust National Association as Trustee of Lodge Series IV Trust

Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:

Rosa Trent Stokes
200 Poplar Forest Rd
Apt D
Farmville, VA 23901

4